Slip Op. 12-84

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HOME PRODUCTS INTERNATIONAL, INC., | |
| Plaintiff, | Before: Leo M. Gordon, Judge |
| v. | Consol. Court No. 11-00104 |
| UNITED STATES, | |
| Defendant. | |

**JUDGMENT**

This consolidated action is presently on remand to the U.S. Department of Commerce ("Commerce") pursuant to <u>Home Products Int'l, Inc. v. United States</u>, 36 CIT ___, Slip. Op. 12-60 (May 3, 2012), to address an issue raised by Plaintiff, Home Products International Inc. ("HPI"). HPI has since moved to voluntarily dismiss its portion of this consolidated action pursuant to USCIT Rule 41(a)(2). Accordingly, it is hereby

**ORDERED** that HPI's portion of this consolidated action is dismissed, rendering the remand proceedings moot; it is further

**ORDERED** that HPI's motion for Since Hardware (Guangzhou) Co., Ltd. to post security, <u>see</u> ECF No. 67, is denied; it is further

**ORDERED** that HPI's motion to dissolve the injunction against liquidation of the subject entries, <u>see</u> ECF No. 95, is denied; it is further

**ORDERED** that final results of the administrative review of the antidumping duty order covering Floor-Standing, Metal-Top Ironing Tables from China. <u>See</u> <u>Floor-</u>

Consol. Court No. 11-00104                                                                                    Page 2

<u>Standing, Metal-Top Ironing Tables and Certain Parts Thereof from the People's Republic of China</u>, 76 Fed. Reg. 15,295 (Dep't of Commerce Mar. 21, 2011) (final results admin. review), are sustained, except for the matters covered by the Final Results of Redetermination (Dep't of Commerce Mar. 14, 2012) ("<u>Remand Results</u>"), ECF No. 83; it is further

    **ORDERED** that the <u>Remand Results</u> are sustained; and it is further

    **ORDERED** that the subject entries enjoined in this action, <u>see</u> <u>Since Hardware (Guangzhou) Co., Ltd. v. United States</u>, Court No. 11-00105[1] (USCIT Apr. 29, 2011) (order granting consent motion for preliminary injunction), ECF No. 14, must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2006).

                                                                                           /s/ Leo M. Gordon
                                                                                Judge Leo M. Gordon

Dated: June 14, 2012
       New York, New York

---

[1] Consolidated under Court No. 11-00104.